

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2023

No. 04-22-00806-CV

**IN THE INTEREST OF K.J.G., A.G., O.M.G., AND J.P.M**, children,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-02090
Honorable Richard Garcia, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The notice of appeal was filed on November 28, 2022.

Appellant is represented on appeal by appointed counsel, Ms. Laura Winget-Hernandez. Appellant's brief originally was due to be filed on January 12, 2023. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that Ms. Winget-Hernandez file appellant's brief in this appeal **no later than January 30, 2023**.

If the brief is not filed by **January 30, 2023**, this appeal will be abated to the trial court for a hearing to determine if new appellate counsel should be appointed and to consider whether sanctions should be imposed against Ms. Winget-Hernandez for failing to timely file appellant's brief.

It is so **ORDERED** January 18, 2023.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court